NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

SCHOONER HARBOR VENTURES, INC.,
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

2010-5134

Appeal from the United States Court of Federal Claims in No. 06-CV-087, Judge Marian Blank Horn.

**JUDGMENT**

CRAIG J. GERACI, JR., Rushing & Guice, P.L.L.C., of Ocean Springs, Mississippi, argued for plaintiff-appellant. With him on the brief was WILLIAM LEE GUICE, III.

ROBERT J. LUNDMAN, Attorney, Environment & Natural Resources Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief was IGNACIA S. MORENO, Assistant Attorney General.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 20, 2011 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |